UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Patricia Fields Branch**                                      Case No. _____

Social Security No.:  xxx-xx-6499                               Chapter   13
Address: P.O. Box 385, Oxford, NC 27565
                                    **Debtor.**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee of $313.00 in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the filing fee:

    $313 on the 1st day of February, 2021.

5.  I understand the if I fail to pay an installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

    Dated: 1/7/21

                                                s/ Patricia Fields Branch
                                                **Patricia Fields Branch**

## CERTIFICATE OF SERVICE

I, April Ayscue, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all the times hereinafter mentioned was, more than eighteen (18) years of age; and that on the same day that this the Chapter 13 bankruptcy case was filed on behalf of the above-name (debtors), I serviced copies of the foregoing Application To Pay Filing Fee In Installments by automatic electronic noticing, upon the following party:

**Richard M. Hutson, II, Chapter 13 Trustee**

**and** by regular U.S. Mail, postage prepaid upon the following party:

**U.S. Bankruptcy Administrator-MDNC, 101 South Edgeworth Street, Greensboro, N.C. 27401**

                                                /s/ April Ayscue
                                                **April Ayscue**